**No. 42532.**—Protests 969782–G, etc., of Butler Brothers (San Francisco).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of electrically constructed Christmas wreaths the same as those passed upon in *Minami* v. *United States* (C. D. 72).   The claim at 35 percent under paragraph 353 was sustained.

**No. 42533.**—Protests 678637–G, etc., of C. Meisel, Inc., et al.   (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42534.**—Protest 972915–G of Westergaard, Berg-Johnsen Co. (New York).

Opinion by KEEFE, J.   On the evidence presented the protest was sustained as to 15 cases of whey cheese short shipped.

**No. 42535.**—Protest 985839–G/88433 of G. W. Sheldon Co. (Chicago).

Opinion by KEEFE, J.   From the evidence it was found that two bundles of 5 cases each of anchovies in oil never landed in the United States.   The protest was therefore sustained.

**No. 42536.**—Protests 637231–G, etc., of P. DeMarinis-Ambriola Co. et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 41794 the protests were sustained.

**No. 42537.**—Protests 742592–G(D), etc., of Psaki Bros. et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

BEFORE THE FIRST DIVISION, OCTOBER 20, 1939

**No. 42538.**—Protests 847946–G, etc., of M. Zwiebel (New York).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of Abstract 40493 the balloons in question were held dutiable at 45 percent under paragraph 409 as claimed.